FILED
2015 Oct-19 PM 06:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT B. TRAMMELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:15-cv-01473-RDP |
| AMDOCS, INC., | ) ) ) |
| Defendant. | ) ) |

DECLARATION OF TRICIA REISINGER

I, Tricia Reisinger, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am over the age of 18 and am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth in this Declaration, including from a review of Amdocs, Inc.'s ("Amdocs") human resources files for Scott B. Trammell, which are kept and maintained in the ordinary course of business.

2. I am employed as a Regional Employee Relations Lead by Amdocs, and have been employed by Amdocs since June 2005.

3. Amdocs is a corporation organized under the laws of Delaware, and maintains its headquarters in Chesterfield, Missouri. Amdocs is a computer software company that provides billing and customer management services for communications providers, as well as business support systems for directory publishing companies.

4. Scott B. Trammell ("Mr. Trammell") was employed by Amdocs in a variety of senior information technology roles from March 2010 until February 2015. In his most recent

and final position with Amdocs, Mr. Trammell was employed as a Project Management Office Professional ("PMO Professional").

5. As a PMO Professional, Mr. Trammell was responsible for, among others: monitoring and coordinating team projects, providing end to end project management, managing team workload, providing overall delivery of multiple projects, and coordinating, tracking, and reporting IT releases. I am attaching to this Declaration, as Exhibit 1, a true and correct copy of the PMO Professional job description.

6. All of Mr. Trammell's job duties involved non-manual office work.

7. In 2014, Mr. Trammell earned a total compensation, including bonuses and gifts, of $104,244.16. He was paid on a salaried basis, which consisted of gross pay of $4,251.84 on a semi-monthly basis.

8. In August 2014, Mr. Trammell was eligible for, and received, a bonus of $2,000.00. He also received a Holiday Gift of $100.00, which was added to his paycheck received on December 15, 2014. Mr. Trammell also received an Award of $100.00 in April 2014.

9. Even without these bonus and gift payments, Mr. Trammell earned total wages of $102,044.16 in 2014.

10. In 2015, Mr. Trammell continued to earn the same salary of $4,251.84 on a semi-monthly basis. On an annualized basis, Mr. Trammell would have received a total compensation in 2015 of more than $100,000.

11. I am attaching to this Declaration, as Exhibit 2, true and correct copies of Mr. Trammell's earnings statements for 2014 and January and February 2015.

I declare under penalty of perjury under the laws of the State of Alabama and the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 19th day of October, 2015.

_____
Tricia Reisinger