FILED
2015 Oct-19  PM 06:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

# Role Definition

**Professional Classification**: Program Management
**Role**: PMO Professional


amdocs
embrace challenge experience success

### Role Definition
*High-level summary of why this role exists and what value it adds to the organization*

The PMO professional provides a formal, centralized layer of project control and integration in the unit/account program office. The PMO professional serves as a trusted advisor to the program/project manager/service partner and assumes both execution responsibilities of specific project management areas (e.g., scheduling, budget management, risk management, version management, etc.) as well as project and program management governance support responsibilities.

### Key Responsibilities
*Major areas/activities for which this role is accountable*

| # | Responsibility |
|---|---|
| 1 | Responsible for building and tracking holistic (E2E) program/project plan, covering all aspects of the program - including deployment, give and get, etc. |
| 2 | Ensures that the program/project is planned correctly, that the owner of each deliverable is identified correctly and that work is executed and aligned with the program/project charter in order to meet the KPIs and planned deliverables. |
| 3 | Responsible for providing an integrative view and analysis of the various project aspects within the program to enable better decisions making. Ensures that information is gathered and disseminated to all stakeholders/management. |
| 4 | Responsible for E2E operations in more than one of the following project areas within the project/program environment - schedule, risk, budget, resources, communication, deliverables management, software packaging, reports, etc. (Project/Program managers have 'end to end' accountability for project/program outcomes). |
| 5 | Tracks and highlights trends and raises areas of concern regarding possible deviations from project and program plans. |
| 6 | Supports program and project governance. Performs project audits/reviews and extracts lessons-learned. |
| 7 | Prepares risk management reports and statuses, performs reviews of various project activities to identify and highlight risks and develops appropriate contingency plans. |
| 8 | Deploys effective and auditable methods for those areas under the Project Management Office's responsibility. Implements Project Management tools and best practices. Develops Project Management processes. |

### Comments - Key Responsibilities
*Please describe any key activities which are performed at a different degree of proficiency*

This role includes Marketing PMO professional job that is responsible for creating and managing multi-channel, integrated campaigns, including lead generation, on-going nurture activities to generate audience engagement and overall project communication.

### Critical Experiences
*Relevant experience required to successfully perform the role.*
*Emphasis should be placed on the minimal level of experience required (e.g., recommended number of years in a specific field or discipline, appropriate certification requirements, etc.)*

| # | Experience |
|---|---|
| 1 | Minimum 4 years experience with project methodology and management, PMO processes (e.g., scheduling, budget management) |
| 2 | Software Development Life Cycle experience (a plus) |
| 3 | Prior PMO experience in SW or HW company (a plus) |

### Credentials

| # | Credential |
|---|---|
| 1 | Bachelor's Degree in Industrial Engineering or Economics |

### Comments
*Please elaborate in case that the role requires different degrees or types of experiences/credentials*

For Marketing PMO professional job, 3-5 years experience in marketing/communications program management is required, preferably within the service provider environment.

### Core Competencies

Builds Valuable Customer Relationships, Team Building Across Boundaries, Respectfully Interacts with Others Throughout the Organization, Displays Confidence and Curiosity, Demonstrates Excellence and Professionalism

### Functional Competencies
*Please mark the critical competencies in bold letters and put them at the beginning of the list.*

| # | Competency | Proficiency |
|---|---|---|
| 1 | Project Management | Proficient |
| 2 | Analytical Thinking | Proficient |
| 3 | Communicates and Influences with Impact | Applied |
| 4 | Financial Management | Proficient |
| 5 | Promotes Operational Efficiency | Applied |