FILED
2015 Oct-19 PM 06:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

What is LinkedIn?   Join Today   Sign In



**Scott Trammell**

32 years experience in Information Technology
Birmingham, Alabama Area
Information Technology and Services

165 connections

| | |
|---|---|
| Previous | Amdocs, AT&T, BellSouth Telecommunications |
| Education | Electronic Computer Programming Institute |
| Recommendations | 9 people have recommended Scott |

Find a different Scott Trammell

First Name    Last Name

Example: Scott Trammell

## Join LinkedIn and access Scott's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Scott directly

View Scott's Full Profile

## Summary

Thirty two (32) years experience in the IT industry, as an PMO Professional, IT Technical Team Lead, Area Manager, IT Specialist, Network Manager, and System Administrator for application solutions in large and medium enterprise environments.

Eleven (11) years experience managing development teams and projects for the Telecommunications Industry.

Multiple years experience estimating, planning and scheduling Web, Intranet and desktop application initiatives.

Thorough knowledge of managing the complete project lifecycle as it relates to large corporate solutions.

Manage technical staff with following skill sets : Visual Studio, SQL, Cold Fusion, SQL, Java, JSP, JavaScript, Perl, 3270 Terminal Emulation (Java TN3270 & TaskMate), Citrix, XML, HTML, Sonic MQ, Connect Direct, FTP, VB.Net, ASP, ASP.Net, C#, Unix, Oracle, Teradata, DB2 and Informix.

Excellent reputation for providing quality solutions in a timely manner and at low cost.

Experienced communicator at all levels (technical and non-technical).

Specialties: Customer Service
Management / Team Building
Process Improvement
Budget / Cost Savings

## Experience

**PMO Professional**
Amdocs
March 2010 – February 2015 (5 years)

PMO Professional – As a PMO Professional my primary duties are coordination, tracking and reporting of AT&T IT wide releases. Responsibilities include overall delivery of multiple projects per

release. This includes three major releases per year as well as Interim releases throughout the year. Major releases encompass hundreds of applications/projects and thousands of man hours worked.
Business Analyst – Served as an expert on business issues impacting deployment of AMDOCS projects within AT&T. Also served as project manager on a companywide COBOL conversion project. This project impacted 145 applications and multiple vendors. I was responsible for holding weekly meetings serving as a central point for coordination of conversions between the different applications, groups and vendors.
IT Technical Team Lead – Managed software engineers responsible for designing, developing, testing, implementing, and supporting enterprise software applications for AT&T Wholesale Consumer IT organization. Managed two application and seven employees (2 onshore, 5 offshore) Overall responsibilities include design, development, testing and support of order processing and error correction applications and associated reports on a Unix platform utilizing Java (JSP), HTML, JavaScript, XML, Oracle, and Teradata. Provide AT&T organization with estimates for resources hours, timelines and deliverables for each project. Participate in technical assessment and architectural design of software solutions requested by AT&T organization. Work as a liaison with other application managers and their teams to enable new interfaces across different business units. Managed the successful delivery of the team's specific milestones during each project. (Waterfall process)



### Technical Team Lead
AT&T
July 2008 – March 2010 (1 year 9 months)



While at AT&T I managed a group of 10 employees whose primary responsibility was to cut cost in the AT&T Wholesale operations centers. We provided systems development, process design, and application support to increase service center efficiency and production levels. My team focus was to enhance existing reports and applications. We also created new reports and developed new applications. Our group added or enhanced data feeds/tables for the department's data warehouse. We cut operation costs by $6.8 million in 2009. In 2009 I received a mid-level leadership development letter that recognized me as someone in our organization who had made great contributions at AT&T. This program was part of a leadership identification and development process for high potential managers with strong leadership behaviors.

### Area Manager
BellSouth Telecommunications
June 2001 – June 2008 (7 years 1 month)



During this time period at BellSouth I managed a group of 12 employees who's primary responsibility was to cut cost in our Wholesale operations centers. We provide systems development, process design, and support to increase service center efficiency and production levels. Our group cut operation costs by $16.5 million in 2005 and by $26.3 million in 2006 by automating many of the manual processes performed in the operation centers. My team enhanced existing reports and applications. We also created new reports and developed new applications. We added or enhanced data feeds/tables for our department's data warehouse. I was selected for BellSouth's Gateway 2005 Program. This program was a leadership identification and development process for high potential managers with strong leadership behaviors.

### Specialist
BellSouth Telecommunications
July 1998 – May 2001 (2 years 11 months)



Primary responsibilities were tier-two technical support for remote testing, performance monitoring and automated testing flow through. Automated testing flow through improved 13.71 percentage points during my tenure. At the same time there was a 21.5% improvement in the number of maintenance trouble tickets that flowed through our automated testing system. Flow through testing for provisioning and test access effectiveness also increased dramatically. Provisioning flow through increased 5.18 percentage points or 7.8%. Test Access Effectiveness increased 13.19 percentage points or 16.7%. While in this position I also had responsibility to project manage a $2.6 million dollar upgrade for our Hekimian Performance Monitoring System. I also designed and co-developed an automatic after hours hand-off program, AHOP. I was nominated for 1999 Achiever' Club. The club represented the top 10% of management employees based on their contributions and achievements for that particular year.

### Network Manager
BellSouth Telecommunications
December 1996 – July 1998 (1 year 8 months)



I was the manager of the performance monitoring group in the Birmingham Access Customer Advocacy Center (ACAC). Responsibilities included managing five testing technicians, creating and distributing monthly reports, tracking group performance as well as each individual's performance. We proactively corrected network troubles before Inter-exchange carriers called in customer reports to our maintenance department. I assisted maintenance departments with troubles reports, especially chronic type reports. I was nominated for the BellSouth President's Award in 1997 by Louisiana Operations Infrastructure Committee (OIC) for my involvement in improving the state from one of the lowest rated states in the region to the top rated state in the region in PM (Preventive Maintenance) effectiveness. While managing the group we increased the Sprint Center's Quality Index from 99.80 to 99.88 in 1997. We also increased the General Carrier Center's Quality Index from 99.76 to 99.82 in 1997. In 2007 we increased the circuit base being monitored by 10,014 circuits. This equated to an increase of approximately 88%.

What is LinkedIn?   Join Today   Sign In

### System Administrator
BellSouth Telecommunications
June 1996 – December 1996 (7 months)

After two years service with Bellsouth I was promoted into an acting management position where I provided system administration support for the Alabama Interconnection Service Center. I was primary support for all office equipment and applications used by the 100+ employees in this service center. My responsibilities included reporting on overall center performance. I obtained my FOCUS qualification which allowed me to become a permanent management employee. After only six months I was promoted to the network manager of the performance monitoring group in Birmingham ACAC

### Testing Technician
BellSouth Telecommunications
June 1994 – June 1996 (2 years 1 month)

I provided support for the Integrated Test System (ITS) used by testing technicians at the Access Customer Advocacy Center. This system was used to troubleshoot and test circuits for Inter-exchange customers. Supported SARTS and WILTRON test systems also. Support duties included security of test systems access, database maintenance and monitoring of test system results.

## Education

### Electronic Computer Programming Institute
Associate Degree, Computer Programming and Data Processing
1990 - 1992

### National Institute of Technology
Associate Degree, Electronic Engineering
1981 – 1983

## Skills

Telecommunications   Integration   Requirements Analysis   Vendor Management
SQL   SDLC   Software Development   Unix   Process Improvement   Testing
Customer Service

## Recommendations

A preview of what LinkedIn members have to say about Scott:

Monday, October 19, 2015

> *Scott is a purpose driven manager. He is very customer focused. He is always looking to create a work environment that benefits both his employees and his*
> See more

> *Scott is one of the best managers I have worked with. Scott has the ability to prioritize multiple projects within a team and communicate the milestones to*
> See more

What is LinkedIn?   Join Today   Sign In

Sign up to see who recommended Scott

## View Scott's full profile to...

- See who you know in common
- Get introduced
- Contact Scott directly

**View Scott's Full Profile**

Not the Scott you're looking for? View more

LinkedIn member directory  a b c d e f g h i j k l m n o p q r s t u v w x y z  more   Browse members by country

© 2015   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Unsubscribe

Monday, October 19, 2015

# Resume of Scott Trammell 

SUMMARY OF QUALIFICATIONS:

- Thirty-one years experience in the IT industry, as a Program Management Office Professional, Business Analyst, IT Technical Team Lead, Area Manager, IT Specialist, Network Manager, and System Administrator.
- Eleven (11) years experience managing development teams and projects for the Telecommunications Industry.
- Multiple years experience estimating, planning and scheduling Web, Intranet and desktop application initiatives.
- Thorough knowledge of managing the complete project lifecycle as it relates to large corporate solutions.
- Managed technical staff with following skill sets: Visual Studio, SQL, Cold Fusion, SQL, Java, JSP, JavaScript, Perl, 3270 Terminal Emulation (Java TN3270 & TaskMate), Citrix, XML, HTML, Sonic MQ, Connect Direct, FTP, VB.Net, ASP, ASP.Net, C#, Unix, Oracle, Teradata, DB2 and Informix.
- Excellent reputation for providing quality solutions in a timely manner and at low cost.
- Experienced communicator at all levels (technical and non-technical).

PROFESSIONAL EXPERIENCE:

Hendrick Chevrolet, Hoover AL                                              3/20150 – Present

*Client Advisor* – Assist clients in purchasing pre-owned and new vehicles. Assist with credit applications and purchasing contracts. Work with sales managers and finance managers to finalize vehicle purchase. Serve as client support after the purchase.

AMDOCS, Hoover, AL                                                        3/2010 – 2/2015

*PMO Professional* – As a PMO Professional my primary duties are coordination, tracking and reporting of AT&T IT wide releases. Responsibilities include overall delivery of multiple projects per release. This includes three major releases per year as well as Interim releases throughout the year. Major releases encompass hundreds of applications/projects and thousands of man hours worked.
*Business Analyst* – Served as an expert on business issues impacting deployment of AMDOCS projects within AT&T. Also served as project manager on a companywide COBOL conversion project. This project impacted 145 applications and multiple vendors. I was responsible for holding weekly meetings serving as a central point for coordination of conversions between the different applications, groups and vendors.
*IT Technical Team Lead* – Managed software engineers responsible for designing, developing, testing, implementing, and supporting enterprise software applications for AT&T Wholesale Consumer IT organization..
- Managed two application and seven employees (2 onshore, 5 offshore)
- Overall responsibilities include design, development, testing and support of order processing and error correction applications and associated reports on a Unix platform utilizing Java (JSP), HTML, JavaScript, XML, Oracle, and Teradata.
- Provide AT&T organization with estimates for resources hours, timelines and deliverables for each project.
- Participate in technical assessment and architectural design of software solutions requested by AT&T organization.
- Work as a liaison with other application managers and their teams to enable new interfaces across different business units.
- Managed the successful delivery of the team's specific milestones during each project. (Waterfall process)

AT&T, Hoover, AL                                                          7/2008 – 3/2010

*IT Technical Team Lead* – Managed software engineers responsible for designing, developing, testing, implementing, and supporting enterprise software applications for AT&T Wholesale Consumer IT organization.
- Managed approximately eighty applications, hundreds of reports, nine employees and three contractors.
- Overall responsibilities included design, development, testing and support of web-based applications and web-based reports on Unix platform utilizing Java (JSP), HTML, JavaScript, XML, Oracle, and Teradata.
- Provided director with estimates for resources hours, timelines and deliverables for each project.
- Participated in technical assessment and architectural design of software solutions requested by internal client.

- Work as a liaison with other application managers and their teams to enable new interfaces across different business units.
- Managed the successful delivery of the team's specific milestones during each project. (Waterfall & Iterative process)

BELLSOUTH, Hoover, AL                                                                 6/2001 – 7/2008

*Area Manager* – Managed documentation specialist, technical requirement writers and software engineers responsible for designing, developing, testing, implementing, and supporting enterprise software applications for AT&T Wholesale Consumer IT organization.
- Managed approximately eighty applications, hundreds of reports, twenty-one employees.
- Overall responsibilities included design, development, testing and support of web-based applications and web-based reports on Unix platform utilizing Java (JSP), HTML, JavaScript, XML, Oracle, Informix and Teradata.
- Provided AVP with estimates for resources hours, timelines and deliverables for each project.
- Participated in technical assessment and architectural design of software solutions requested by internal clients.
- Worked as a liaison with other application managers and their teams to enable new interfaces across different business units.
- Managed the successful delivery of the team's specific milestones during each project life cycle. (Iterative process)
- Gathered systems requirements from operations managers and their employees.
- Performed site visits to look for opportunities to improve operations efficiencies and improve processes.
- Managed three different groups of employees.
- (TOPS group) business analysts that were responsible for writing system requirements for mechanized ordering systems.
- (CDIA group) document specialist that manage the company document repository used by all of BellSouth. They were also responsible for management of all ISO documentation.
- (MECH group) software engineers responsible for designing, developing, testing, implementing, and supporting enterprise software applications for BellSouth operation centers. Also included Informix DBA and Oracle DBA.
- Managed an Informix data warehouse for Interconnection Services. This was later converted to Oracle and then again to Teradata. This data was gathered hourly and daily via data feeds from mainframe legacy systems. This data was used by many different organizations within BellSouth to include network, ordering, provisioning, maintenance and billing organizations.
- Hosted internal websites for different departments within Interconnection Services.
- Performed system administration, hardware support (Unix, HP and Windows servers) and software support (OS for all servers).
- Developed policies, standards and procedures, and establishment of SLA's.
- Reduced cost by 20 million dollars yearly from Interconnection Services.

BELLSOUTH, Hoover, AL                                                                 07/1998 – 06/2001

*Specialist* – Primary responsibilities were tier-two technical support for remote testing, performance monitoring and automated testing flow through.
- Worked directly with maintenance centers to identify remote test access issues and areas for improvements.
- Reported findings to scripts writers to improve testing scripts and performance monitoring scripts.
- Interfaced with central office personnel to correct access issues found in their equipment.
- Dealt directly with equipment vendors to report software bugs found in the equipment's firmware.
- Worked within 9 state region of BellSouth to improve remote testing and performance measure.
- Automated testing flow through 13.71 percentage points.
- Managed a 2.6 million dollar upgrade for the Hekimian Performance Monitoring System.

BELLSOUTH, Hoover, AL                                                                12/1996 - 07/1998

*Network Manager* – Primary responsibilities to manage group that was responsible for provisioning performance monitoring and monitoring BellSouth network elements.
- Manager of five employees (non-management union employees)
- Created and distributed monthly reports, tracked group performance as well as each individual's performance.
- Proactively corrected network troubles before Inter-exchange carriers called in customer reports to our maintenance department.
- Assisted maintenance departments with chronic trouble reports.

BELLSOUTH, Hoover, AL                                                                06/1994 - 06/1996

*System Administrator* – Primary responsibilities to manage ordering center desktop and application support.
- Managed one employee. Primary support for all office equipment and applications used by the 100+ employees in this service center.

EDUCATION:

Electronic Computer Programming Institute, Chattanooga, TN USA
Associate Degree, Computer Programming and Data Processing, and graduated with highest GPA of the class.

National Institute of Technology, Birmingham, AL USA
Associate Degree, Electronic Engineering, and graduated with highest GPA of the class.