**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SCOTT B. TRAMMELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:15-cv-01473-RDP |
| | ) |
| **AMDOCS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT AMDOCS, INC.'S EVIDENTIARY MATERIALS IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

**TABLE OF CONTENTS**

DECLARATION OF TRICIA REISINGER.............................................................EXHIBIT A

  Job Description for PMO Professional .........................................................................Exhibit 1
  Scott B. Trammell's Earning Statements.....................................................................Exhibit 2

PLAINTIFF'S LINKEDIN PROFILE AND RESUME...............................................EXHIBIT B


Respectfully submitted,


BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC


By  /s/Wesley. C. Redmond
    Wesley C. Redmond
    420 North 20th Street, Suite 1400
    Birmingham, AL 35203
    205-250-8319
    FAX 205-488-3719
    wredmond@bakerdonelson.com

THOMPSON COBURN LLP

Laura M. Jordan, Esq. (*pro hac vice*)
Paul R. Klein, Esq. (*pro hac vice*)
One US Bank Plaza
St. Louis, Missouri  63101
314-552-6000
FAX 314-552-7000
ljordan@thompsoncoburn.com
pklein@thompsoncoburn.com

Attorneys for Defendant Amdocs, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2015, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing, via electronic mail, to all attorneys of record.

Richard A. Bearden
MASSEY STOTSER & NICHOLS PC
1780 Gadsden Highway
Birmingham, Alabama 35235
telephone:  (205) 838-9000
facsimile:   (205) 838-9024
rbearden@msnattorneys.com

　　　　　　　　　　　　　　　　　　　　　　　/s/ Wesley C. Redmond

- 2 -