Case 2:15-cv-01473-RDP   Document 35-1   Filed 07/14/17   Page 1 of 8
Case 2:15-cv-01473-RDP   Document 9-1   Filed 10/19/15   Page 2 of 4

FILED
2017 Jul-14 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT B. TRAMMELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:15-cv-01473-RDP |
| AMDOCS, INC., | ) ) ) |
| Defendant. | ) |

## DECLARATION OF TRICIA REISINGER

I, Tricia Reisinger, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am over the age of 18 and am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth in this Declaration, including from a review of Amdocs, Inc.'s ("Amdocs") human resources files for Scott B. Trammell, which are kept and maintained in the ordinary course of business.

2. I am employed as a Regional Employee Relations Lead by Amdocs, and have been employed by Amdocs since June 2005.

3. Amdocs is a corporation organized under the laws of Delaware, and maintains its headquarters in Chesterfield, Missouri. Amdocs is a computer software company that provides billing and customer management services for communications providers, as well as business support systems for directory publishing companies.

4. Scott B. Trammell ("Mr. Trammell") was employed by Amdocs in a variety of senior information technology roles from March 2010 until February 2015. In his most recent

EXHIBIT A

and final position with Amdocs, Mr. Trammell was employed as a Project Management Office Professional ("PMO Professional").

5. As a PMO Professional, Mr. Trammell was responsible for, among others: monitoring and coordinating team projects, providing end to end project management, managing team workload, providing overall delivery of multiple projects, and coordinating, tracking, and reporting IT releases. I am attaching to this Declaration, as Exhibit 1, a true and correct copy of the PMO Professional job description.

6. All of Mr. Trammell's job duties involved non-manual office work.

7. In 2014, Mr. Trammell earned a total compensation, including bonuses and gifts, of $104,244.16. He was paid on a salaried basis, which consisted of gross pay of $4,251.84 on a semi-monthly basis.

8. In August 2014, Mr. Trammell was eligible for, and received, a bonus of $2,000.00. He also received a Holiday Gift of $100.00, which was added to his paycheck received on December 15, 2014. Mr. Trammell also received an Award of $100.00 in April 2014.

9. Even without these bonus and gift payments, Mr. Trammell earned total wages of $102,044.16 in 2014.

10. In 2015, Mr. Trammell continued to earn the same salary of $4,251.84 on a semi-monthly basis. On an annualized basis, Mr. Trammell would have received a total compensation in 2015 of more than $100,000.

11. I am attaching to this Declaration, as Exhibit 2, true and correct copies of Mr. Trammell's earnings statements for 2014 and January and February 2015.

I declare under penalty of perjury under the laws of the State of Alabama and the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 19th day of October, 2015.

_____
Tricia Reisinger

FILED
2015 Oct-19 PM 06:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

## Role Definition

| Professional Classification | Program Management |
|---|---|
| Role | PMO Professional |

**amdocs**
*embrace challenge experience success*

### Role Definition
*High-level summary of why this role exists and what value it adds to the organization*

The PMO professional provides a formal, centralized layer of project control and integration in the unit/account program office. The PMO professional serves as a trusted advisor to the program/project manager/service partner and assumes both execution responsibilities of specific project management areas (e.g., scheduling, budget management, risk management, version management, etc.) as well as project and program management governance support responsibilities.

### Key Responsibilities
*Major areas/activities for which this role is accountable*

| 1 | Responsible for building and tracking holistic (E2E) program/project plan, covering all aspects of the program - including deployment, give and get, etc. |
|---|---|
| 2 | Ensures that the program/project is planned correctly, that the owner of each deliverable is identified correctly and that work is executed and aligned with the program/project charter in order to meet the KPIs and planned deliverables. |
| 3 | Responsible for providing an integrative view and analysis of the various project aspects within the program to enable better decisions making. Ensures that information is gathered and disseminated to all stakeholders/management. |
| 4 | Responsible for E2E operations in more than one of the following project areas within the project/program environment - schedule, risk, budget, resources, communication, deliverables management, software packaging, reports, etc. (Project/Program managers have 'end to end' accountability for project/program outcomes). |
| 5 | Tracks and highlights trends and raises areas of concern regarding possible deviations from project and program plans. |
| 6 | Supports program and project governance. Performs project audits/reviews and extracts lessons-learned. |
| 7 | Prepares risk management reports and statuses, performs reviews of various project activities to identify and highlight risks and develops appropriate contingency plans. |
| 8 | Deploys effective and auditable methods for those areas under the Project Management Office's responsibility. Implements Project Management tools and best practices. Develops Project Management processes. |

### Comments - Key Responsibilities
*Please describe any key activities which are performed at a different degree of proficiency*

This role includes Marketing PMO professional job that is responsible for creating and managing multi-channel, integrated campaigns, including lead generation, on-going nurture activities to generate audience engagement and overall project communication.

### Critical Experiences
*Relevant experience required to successfully perform the role.*
*Emphasis should be placed on the minimal level of experience required (e.g., recommended number of years in a specific field or discipline, appropriate certification requirements, etc.)*

| 1 | Minimum 4 years experience with project methodology and management, PMO processes (e.g., scheduling, budget management) |
|---|---|
| 2 | Software Development Life Cycle experience (a plus) |
| 3 | Prior PMO experience in SW or HW company (a plus) |

### Credentials

| 1 | Bachelor's Degree in Industrial Engineering or Economics |
|---|---|

### Comments
*Please elaborate in case that the role requires different degrees or types of experiences/credentials*

For Marketing PMO professional job, 3-5 years experience in marketing/communications program management is required, preferably within the service provider environment.

### Core Competencies

Builds Valuable Customer Relationships, Team Building Across Boundaries, Respectfully Interacts with Others Throughout the Organization, Displays Confidence and Curiosity, Demonstrates Excellence and Professionalism

### Functional Competencies
*Please mark the critical competencies in bold letters and put them at the beginning of the list*

| | | Proficiency |
|---|---|---|
| 1 | Project Management | Proficient |
| 2 | Analytical Thinking | Proficient |
| 3 | Communicates and Influences with Impact | Applied |
| 4 | Financial Management | Proficient |
| 5 | Promotes Operational Efficiency | Applied |

Level 1 – Confidential

FILED
2015 Oct-19 PM 06:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

# Earnings Statement
## Scott B Trammell

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HB2 | 85257 | 52-1 | 12/31/2014 | 12/31/2014 | 100100 | 85257 | 4,251.84 | | 00523774 | Voucher | |
| HB2 | 85257 | 52-2 | 12/31/2014 | 12/31/2014 | 100100 | 85257 | | | 00000000 | Check | |
| HB2 | 85257 | 50-1 | 12/15/2014 | 12/15/2014 | 100100 | 85257 | 4,351.84 | | 00503734 | Voucher | |
| HB2 | 85257 | 47-1 | 11/28/2014 | 11/30/2014 | 100100 | 85257 | 4,251.84 | | 00473807 | Voucher | |
| HB2 | 85257 | 46-1 | 11/14/2014 | 11/15/2014 | 100100 | 85257 | 4,251.84 | | 00463715 | Voucher | |
| HB2 | 85257 | 44-1 | 10/31/2014 | 10/31/2014 | 100100 | 85257 | 4,251.84 | | 00443748 | Voucher | |
| HB2 | 85257 | 41-1 | 10/15/2014 | 10/15/2014 | 100100 | 85257 | 4,251.84 | | 00413734 | Voucher | |
| HB2 | 85257 | 39-1 | 09/30/2014 | 09/30/2014 | 100100 | 85257 | 4,251.84 | | 00394067 | Voucher | |
| HB2 | 85257 | 37-1 | 09/15/2014 | 09/15/2014 | 100100 | 85257 | 4,251.84 | | 00373719 | Voucher | |
| HB2 | 85257 | 35-1 | 08/29/2014 | 08/31/2014 | 100100 | 85257 | 4,251.84 | | 00353902 | Voucher | |
| HB2 | 85257 | 35-1 | 08/29/2014 | 08/31/2014 | 100100 | 85257 | 2,000.00 | | 00353903 | Voucher | |
| HB2 | 85257 | 33-1 | 08/15/2014 | 08/15/2014 | 100100 | 85257 | 4,251.84 | | 00333715 | Voucher | |
| HB2 | 85257 | 30-1 | 07/31/2014 | 07/31/2014 | 100100 | 85257 | 4,251.84 | | 00303857 | Voucher | |
| HB2 | 85257 | 28-1 | 07/15/2014 | 07/15/2014 | 100100 | 85257 | 4,251.84 | | 00283706 | Voucher | |
| HB2 | 85257 | 26-1 | 06/30/2014 | 06/30/2014 | 100100 | 85257 | 4,251.84 | | 00263760 | Voucher | |
| HB2 | 85257 | 24-1 | 06/13/2014 | 06/15/2014 | 100100 | 85257 | 4,251.84 | | 00243685 | Voucher | |
| HB2 | 85257 | 21-1 | 05/30/2014 | 05/31/2014 | 100100 | 85257 | 4,251.84 | | 00213814 | Voucher | |
| HB2 | 85257 | 19-1 | 05/15/2014 | 05/15/2014 | 100100 | 85257 | 4,251.84 | | 00193691 | Voucher | |
| HB2 | 85257 | 17-1 | 04/30/2014 | 04/30/2014 | 100100 | 85257 | 4,251.84 | | 00174780 | Voucher | |
| HB2 | 85257 | 15-1 | 04/15/2014 | 04/15/2014 | 100100 | 85257 | 4,351.84 | | 00153693 | Voucher | |
| HB2 | 85257 | 13-1 | 03/31/2014 | 03/31/2014 | 100100 | 85257 | 4,251.84 | | 00134370 | Voucher | |
| HB2 | 85257 | 11-1 | 03/14/2014 | 03/15/2014 | 100100 | 85257 | 4,251.84 | | 00113666 | Voucher | |
| HB2 | 85257 | 09-1 | 02/28/2014 | 02/28/2014 | 100100 | 85257 | 4,251.84 | | 00094041 | Voucher | |
| HB2 | 85257 | 07-1 | 02/14/2014 | 02/15/2014 | 100100 | 85257 | 4,251.84 | | 00073662 | Voucher | |
| HB2 | 85257 | 05-1 | 01/31/2014 | 01/31/2014 | 100100 | 85257 | 4,251.84 | | 00056514 | Voucher | |
| HB2 | 85257 | 03-1 | 01/15/2014 | 01/15/2014 | 100100 | 85257 | 4,251.84 | | 00033650 | Voucher | |

| Earnings | Rate | Hours | Cumulative |
|---|---|---|---|
| Regular | | 2,080.08 | 102,044.16 |
| Rec. Award | | 0.00 | 100.00 |
| Holiday Gift | | 0.00 | 100.00 |
| Special Bonus | | 0.00 | 2,000.00 |
| | Gross Pay | | $104,244.16 |

# Earnings Statement
## Scott B Trammell

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HB2 | 85257 | 09-1 | 02/27/2015 | 02/28/2015 | 100100 | 85257 | 392.48 | | 00093816 | Voucher | |
| HB2 | 85257 | 07-1 | 02/13/2015 | 02/15/2015 | 100100 | 85257 | 10,365.34 | | 00073716 | Voucher | |
| HB2 | 85257 | 05-1 | 01/30/2015 | 01/31/2015 | 100100 | 85257 | 4,251.84 | | 00056721 | Voucher | |
| HB2 | 85257 | 02-1 | 01/15/2015 | 01/15/2015 | 100100 | 85257 | 4,251.84 | | 00023714 | Voucher | |

| Earnings | Rate | Hours | Cumulative |
|---|---|---|---|
| Regular | | 213.34 | 10,466.07 |
| Vacation | | 0.00 | 8,795.43 |
| | Gross Pay | | $19,261.50 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | | -2,333.81 |
| Medicare | | -269.58 |
| Social Security | | -1,152.69 |
| AL Worked In State Income Tax | | -728.26 |
| **Others** | | |
| | | -18.65 |
| | | -46.80 |
| | | -2.16 |
| | | -36.00 |
| | | -48.00 |
| | | -390.70 |
| | | -175.51 |
| | | -13,429.34 |
| | | -630.00 |
| | Net Pay | |
| **Memos** | | |
| 401k Gross | | 19,261.50 |
| G.T.L. | | 44.32 |