FILED
2017 Jul-14 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| SCOTT B. TRAMMELL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: |
| ) | |
| vs. ) | 2:15-CV-01473 RDP |
| ) | |
| AMDOCS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## PLAINTIFF'S RESPONSES TO FIRST REQUEST FOR ADMISSIONS

COMES NOW the Plaintiff and files his responses to the Defendant's First Request for Admissions as follows:

1. Admit that you were employed by Amdocs from March 2010 until February 2015.

    **ANSWER: Admitted.**

2. Admit that your final position at Amdocs was as a PMO Professional.

    **ANSWER: I admit that my final title at Amdocs was "PMO Professional."**

3. Admit that you held the position of PMO Professional from August 2014 until the end of your Amdocs employment in February 2015.

    **ANSWER: I admit that my title was "PMO Professional" during this period of time.**

4. Admit that between August 2014 and the end of your employment with Amdocs you were paid by Amdocs on a salaried basis.

EXHIBIT B

ANSWER: Admitted.

5. Admit that at no time in 2014 and 2015 while working for Amdocs you were paid by Amdocs on an hourly basis.

ANSWER: Admitted.

6. Admit that in 2014 your gross pay from Amdocs exceeded $100,000.

ANSWER: Admitted.

7. Admit that Amdocs paid you $4,251.84 twice per month, every month, throughout the year 2014.

ANSWER: Admitted.

8. Admit that Amdocs paid you $4,251.84 twice per month, every month, in 2015 until the end of your Amdocs employment.

ANSWER: Admitted.

9. Admit that all of your job duties at Amdocs, including all of your job duties between August 2014 and the end of your Amdocs employment, involved non-manual office work.

ANSWER: Admitted.

10. Admit that throughout your employment at Amdocs, you worked from your personal residence, physically separate from any supervisor.

> ANSWER: Denied. During periods of my employment I reported to the Hoover Data Center.

11. Admit that your job duties between August 2014 and the end of your Amdocs employment included creating and modifying reports tracking the status of projects that were required to be reported to Amdocs' clients.

> ANSWER: Denied. During this period of time, I generated reports which had previously been created.

12. Admit that your job duties between August 2014 and the end of your Amdocs employment included data verification.

    **ANSWER: Admitted.**

13. Admit that your job duties between August 2014 and the end of your Amdocs employment included producing slides to report the status of projects.

    **ANSWER: Admitted.**

14. Admit that your job duties between August 2014 and the end of your Amdocs employment included developing estimates of time required to complete projects.

    **ANSWER: Denied.**

15. Admit that your job duties between August 2014 and the end of your Amdocs employment included creating status dashboards for the leadership team of Amdocs.

    **ANSWER: Denied. During this period of time, I generated dashboard reports but the dashboard had already been created.**

16. Admit that your job duties between August 2014 and the end of your Amdocs employment included reviewing and analyzing project requirements and updating project releases.

    **ANSWER: Denied.**

17. Admit that your job duties between August 2014 and the end of your Amdocs employment included providing instructions and guidance to Amdocs employees with regard to entering and verifying information about project releases.

    **ANSWER: Admitted.**

18. Admit that your job duties between August 2014 and the end of your Amdocs employment included ensuring managers update the status of projects for which the managers were responsible.

    **ANSWER: Denied. I had no authority over managers. I merely generated reports that they received.**

19. Admit that you voluntarily resigned your employment with Amdocs.

   **ANSWER: Admitted.**

20. Admit that the LinkedIn profile and resume attached as Exhibit A were prepared by you.

   **ANSWER: Admitted.**

21. Admit that Exhibit A accurately reflects your employment responsibilities throughout your employment at Amdocs in the position of PMO Professional.

   **ANSWER: Denied.**

22. Admit that your only supervisor during the time period you were employed as a PMO Professional was Deb Richardson.

   **ANSWER: I admit that Deb Richardson was my supervisor from August 2014 through the end of my employment with Amdocs.**

23. Admit that you provided training to Deb Richardson on the dashboard you developed and maintained prior to your last day of employment with Amdocs.

   **ANSWER: Denied.**

24. Admit that between August 2014 and the end of your employment at Amdocs, you were the Amdocs employee responsible for creating, maintaining, and enhancing Amdocs' project management dashboard.

   **ANSWER: Denied. I did not "create" the dashboard. It was an existing report that I maintained and added additional group data.**

25. Admit that the projects reported on the dashboard you developed and maintained contained information on the most significant projects in development at Amdocs for its largest customer.

   **ANSWER: Denied. I did not create the dashboard. The dashboard existed prior to me joining the group. I did maintain it and it did contain information about AMDOCS projects.**

*[signature]*
Scott B. Trammell

STATE OF ALABAMA )
JEFFERSON COUNTY )

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared Scott B. Trammell, who on his oath stated that the matters and facts alleged in the foregoing are true and correct.

Sworn to and subscribed before me this 5th day of January, 2017.

*[signature]*
Notary Public
My Commission Expires: 05/01/19

Respectfully Submitted,
Massey, Stotser & Nichols, PC

*[signature]*
Richard A. Bearden (ASB-0873-E41R)
*rbearden@msnattorneys.com*

Of Counsel:
**Massey, Stotser & Nichols, PC**
1780 Gadsden Highway
Birmingham, Alabama 35235
(205) 838-9000
(205) 838-9071 fax

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| SCOTT B. TRAMMELL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO: |
| | ) |
| vs. | ) 2:15-CV-01473 RDP |
| | ) |
| AMDOCS, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January ___6___, 2017, I have served the foregoing document via the Court's CM/ECF and/or by placing a copy of the same in the United States Mail, first class postage affixed and properly addressed to:

Laura M. Jordan, Esq.
Paul R. Klein, Esq.
Thompson Coburn, LLP
One U.S. Bank Plaza
St. Louis, MO 63101
(314) 552-6000
ljordan@thompsoncoburn.com

Rachel VanNortwick Barlotta
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 Wachovia Tower
Birmingham, AL 35203-5202
(205) 488-3822
rbarlotta@bakerdonelson.com

_____
Of Counsel